**KELLEY DRYE & WARREN LLP**
Kimberly C. Carter (State Bar No. 221283)
Tahir L. Boykins (State Bar No. 323441)
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
kcarter@kelleydrye.com
tboykins@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice Pending*)
One Jefferson Road
Parsippany, NJ 07054
Telephone: (973) 503-5917
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant ActiveProspect, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVEPROSPECT, INC.<br><br>Defendant. | Case No.  5:20-cv-01351-JGB-KK<br><br>[Assigned to Hon. Jesus G. Bernal] |

## DECLARATION OF STEVEN M. RAFFERTY

I, Steven M. Rafferty, declare:

1. My name is Steven M. Rafferty. I am the Founder and Chief Executive Officer of ActiveProspect, Inc.

2. I am over the age of majority, and am competent to testify to the facts

contained herein. The contents of this declaration are based on my personal knowledge or facts as to which I am reliably informed and believe to be true. If called as a witness in this action, I could and would testify competently to the facts stated herein.

3. In my current role, I am familiar with ActiveProspect's TrustedForm software, which helps companies eliminate fraudulent customer leads and comply with the TCPA. ActiveProspect has been in business since 2004 and its TrustedForm product has been in use since 2010. The TrustedForm software is patented and used on thousands of websites.

4. ActiveProspect developed the TrustedForm software for use on websites that offer an online form for consumers (website visitors) to request to be contacted.

5. The TrustedForm software enables users (website owners/operators) to validate customer leads that are developed through these websites as legitimate (rather than fraudulent), and to assist businesses in complying with the TCPA and other consumer protection statutes by documenting prior express written consent provided by website visitors.

6. By using TrustedForm, lead buyers ensure that online customer inquiries are legitimate expressions of consumer interest, and that the consumer consented to receive a text or call regarding the applicable product or service. TrustedForm thus prevents fraudulent lead sellers from distributing phony sales leads and helps prevent consumers from receiving unwanted and illegal texts or calls.

7. To use the software, a website owner/operator embeds a proprietary TrustedForm JavaScript on its website. The TrustedForm JavaScript is available, without charge, for website owner/operators to access and install on their websites with or without an ActiveProspect account.

8. When a person (the website visitor) visits a website on which the TrustedForm script is embedded, the script runs and issues a certificate of authenticity demonstrating when and where the website visitor completed the web form, as well

as what the website visitor saw when visiting the webpage. This is important because, when claims arise, there are often questions about what a website visitor actually saw, and whether a web form prominently displayed legal disclosures and consent language when the website visitor competed a form requesting information.

9. The TrustedForm software also documents a website visitor's key strokes and mouse movements showing whether and how they completed a web form, and can also create a visual reproduction (often referred to as a "video replay") of a website visitor's interaction with a webpage.

10. The website owner/operator has the ability to flag any sensitive fields on its web form, which results in the TrustedForm software applying a cryptographic hash to the flagged fields (rather than recording the website visitor's actual entries). When a TrustedForm video replay is viewed, the data in the flagged field is displayed only as a series of asterisks.

11. TrustedForm does not and cannot intercept communications in transit. Rather, it is a tool that website owners/operators can deploy when and where they choose. Most, if not all, websites rely on such third-party services to operate (*e.g.,* website hosting, web analytics, social media plug-ins). Website owners/operators – not ActiveProspect – decide when, where, and how to use the TrustedForm tool, where specifically to install the TrustedForm JavaScript, what information to capture using the tool, and what notices and disclosures to provide to consumers.

12. As is typical with the use of third-party tools that support a website's operation, a website owner/operator's use of TrustedForm is governed by a license agreement – in this case, ActiveProspect's TrustedForm End User License Agreement ("EULA"). Attached hereto as Exhibit A is a true and correct copy of ActiveProspect's EULA that was in effect during October 2018.

13. Under the EULA, the website owner/operator – and not ActiveProspect – owns the information and/or data collected on the website. ActiveProspect is prohibited from sharing a website owner/operator's information and/or data with third

parties, or from using, marketing, or otherwise distributing such information and/or data. ActiveProspect strictly honors these obligations.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Executed on this 5th day of October 2020 in Austin, Texas.

_____
Steven M. Rafferty

# EXHIBIT A

**TRUSTEDFORM END USER LICENSE AGREEMENT**

Please carefully read this TrustedForm End User License Agreement (this "Agreement"), as this Agreement is a legal agreement between you, an individual or legal entity ("You"), and ActiveProspect, Inc., a Nevada corporation ("ActiveProspect"), regarding the use and implementation of the TrustedForm Service (defined below). In order to use the TrustedForm Service, You must first read and accept this Agreement. The ActiveProspect Terms of Service ("TOS"), located at http://activeprospect.com/legal/tos are hereby incorporated by reference. To the extent of any conflict between the TOS and this Agreement, this Agreement shall control. By clicking the "I AGREE" or similarly labeled button, or by using the TrustedForm Service, You represent and warrant that You have read and agree to the terms and conditions of this Agreement. If You agree to this Agreement on behalf of a legal entity, You represent that You have authority to bind that legal entity to this Agreement.

**DEFINITIONS**

"Claiming Period" is an approximately 72-hour period after a TrustedForm Certificate is issued, within which it must be claimed by a TrustedForm Account holder, or else it will expire. During the Claiming Period, TrustedForm Certificates are visible to anyone with access to the TrustedForm Certificate URL. After this period, only claimed TrustedForm Certificates are accessible by the TrustedForm Account holders that claimed them. Claimed Certificates are only accessible by TrustedForm Account holders for the period of time they are stored in their account.

"Form" means a contact request form that is used to generate a Lead.

"Hosting Page" means a web page that hosts the TrustedForm Script and contains a Form.

"Lead" means the data that is submitted by a user on a Form.

"Lead Buyer" means the entity receiving or purchasing the Lead, or those entities to which You have granted access to a Lead.

"Page" means a web page.

"Your Data and Content" means electronic data, information, or material captured and stored by the TrustedForm Service and which a reasonable party would understand to be confidential or proprietary. Your Content and Data includes but is not limited to information pertaining to Leads that may contain individual, personally identifiable information.

"TrustedForm Account" means a paid account with the TrustedForm Service that provides the ability to claim TrustedForm Certificates.

"TrustedForm Certificate" means the unique digital record that is issued by the TrustedForm Script for a particular site visit. It is stored on the TrustedForm Server and accessed by a unique TrustedForm Certificate URL. Information collected and displayed with a TrustedForm Certificate shall be in accordance with Schedule 1 attached hereto.

"TrustedForm Script" means the JavaScript that is installed on the Hosting Page.

"TrustedForm Server" means the computer system owned by ActiveProspect that responds to requests generated by the TrustedForm Script.

"TrustedForm Service" means the service provided by ActiveProspect that is designed to independently verify when and where an Internet Lead was collected, as detailed below.

**DESCRIPTION OF THE TRUSTEDFORM SERVICE**

The TrustedForm Service is designed to independently verify the origin of Leads through the use of the TrustedForm Script.  It is also intended to capture what was viewed by the site visitor on the Hosting Page, as well as the site visitor's real-time interactions with the Hosting Page, for example, clicks, mouse movements, and data inputs. The TrustedForm Script is designed to operate as described herein.  ActiveProspect represents and warrants that it will not use the TrustedForm Script for any malicious activity whatsoever, including without limitation taking control of Your site in any way.

After the TrustedForm Script is installed on the Hosting Page, when a site visitor visits the Hosting Page, the TrustedForm Script contacts the TrustedForm Server, which then collects information about that site visit (in accordance with Schedule 1) and issues a TrustedForm Certificate.  The TrustedForm Script also creates a hidden field in the Form that is used to collect and pass the TrustedForm Certificate URL.  If the site visitor completes the Form and submits his/her information (thereby generating a Lead), then the TrustedForm Certificate URL, within that hidden field, should be collected and sent with the rest of the Lead data to the Lead Buyer.  TrustedForm Certificates expire after the Claiming Period, unless claimed by a TrustedForm Account holder.  By claiming a TrustedForm Certificate, a TrustedForm Account holder is able to verify the authenticity of the TrustedForm Certificate, extract the data from the TrustedForm Certificate, and store the TrustedForm Certificate in their TrustedForm Account for future reference.  Claimed TrustedForm Certificates are stored as long as specified by the TrustedForm Account holder.

**GRANT OF RIGHTS TO THE TRUSTEDFORM SCRIPT; LIMITED LICENSE**

Subject to Your acceptance and compliance with this Agreement, ActiveProspect hereby grants You a limited, non-exclusive, non-transferable, non-sub licensable, revocable right and license during the Term (defined below) to use the TrustedForm Script.  Any new features provided by ActiveProspect that augment or enhance the current TrustedForm Script shall also constitute the "TrustedForm Script" and shall be subject to this Agreement.  All rights not expressly granted under this Agreement are retained by ActiveProspect.

You may not, nor may You allow any third party to, copy, distribute, sell, disclose, lend, transfer, convey, modify, decompile, disassemble or reverse engineer the TrustedForm Script or the TrustedForm Service for any purpose whatsoever.  In addition, You will not attempt to discover any underlying methods algorithms, file formats or programming interfaces of the TrustedForm Script or the TrustedForm Service by any means or in any way interfere with its intended purpose.  You may not allow any unauthorized third party to access the TrustedForm Script for any purpose whatsoever.  ActiveProspect will monitor use of the TrustedForm Script and reserves the right to block any party associated with any suspicious activity, as determined in ActiveProspect's sole discretion.

Nothing herein is intended to grant any rights to You or any other third party under any patent, copyright, trade secret, or other intellectual property right of ActiveProspect, with the sole exception of the rights of You to use the TrustedForm Script in accordance with the express provisions, and under the express limitations, contained in this Agreement.

**UPDATES TO THE TRUSTEDFORM SCRIPT**

ActiveProspect may occasionally make updates or modifications to the TrustedForm Script that may affect Your Hosting Page (collectively, the "Technical Updates"). You can, by subscribing to receive email notifications at http://trustedform.com/notify, receive notifications from ActiveProspect regarding such Technical Updates.  ActiveProspect will exercise reasonable efforts to provide You with sufficient time to test any Technical Updates prior to their release into production to ensure there are no adverse effects to your Hosting Page.

**YOUR DATA AND CONTENT; PRIVACY**

ActiveProspect does not own Your Data and Content.  You represent and warrant that You have the authority to collect, use, market, sell or distribute Your Data and Content, including but not limited to

619841.v5

2

Leads, in compliance with applicable law; provided, that, nothing contained in this Agreement shall be construed as granting ActiveProspect the right to collect, use, market, sell or distribute any such Data and Content, except in accordance with this Agreement.

Notwithstanding the foregoing, ActiveProspect reserves the right to use aggregate, anonymized data relating to usage of the TrustedForm Service (i.e., usage data that contains no personally identifiable information or Confidential Information) for legitimate business purposes, including but not limited to tracking and reporting on general industry trends.

You hereby grant to ActiveProspect a non-exclusive, non-transferable, limited license, to use Your Data and Content solely to the extent that such license is required for provision of the TrustedForm Service. You accept sole responsibility for all of Your Data and Content.  You acknowledge that ActiveProspect exercises no control over the information passing through the TrustedForm Service or the TrustedForm Script, and that ActiveProspect assumes no responsibility for Your Data and Content.

You represent and warrant that Your privacy policy describes the types of personal information You collect, how You use such information, whether such information is shared with third parties, and how any third parties use such shared information.  You are solely responsible for ensuring that Your privacy policy complies with all relevant legal requirements. You will not use the TrustedForm Script or Service to: (i) collect, or attempt to collect, personal information about third parties without their knowledge or consent; (ii) collect or store account numbers from credit cards, debit cards, bank accounts, or other financial systems; (iii) collect or store U.S. Social Security Numbers or other personal identification numbers issued by other governments, except as expressly set forth in this Agreement; (iv) collect, store or otherwise handle personal information in violation of any applicable law, including without limitation the U.S. Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the U.S. Children's Online Privacy Protection Act of 1998 ("COPPA"), or the EU Data Protection Directive 95/46 and implementing legislation; or (v) collect, store or otherwise handle personal information in violation of Your privacy policy. In the event you collect Sensitive Data on the Hosting Page, You will follow ActiveProspect instructions for flagging Sensitive Data fields so that the TrustedForm script applies a cryptographic hash function to that data which makes it infeasible for anyone, including us, to store, retrieve, reverse-engineer, or utilize the data that was submitted by the user in that flagged data field. "Sensitive Data" is data that, if disclosed without authorization, could result in significant economic, reputational, or privacy harm to the data subject. Examples of Sensitive Data include, without limitation, social security numbers, passwords, security challenge information, and drivers license numbers.

You further represent and warrant that Your privacy policy clearly and conspicuously discloses the use of third-party tracking technology.

**DUTY TO MAINTAIN CONFIDENTIAL INFORMATION**

In connection with providing the TrustedForm Services, ActiveProspect may have access to your proprietary and confidential information, including names of websites used to generate Leads, URL query string data, and the number of visitors to the Hosting Page.  This information, including Your Data and Content collected by the TrustedForm Script, shall be deemed Your "confidential information," and ActiveProspect shall not use it except as expressly provided in this Agreement.

Additionally, neither You nor ActiveProspect shall use any information, whether written or oral, that relates to the other party's business, products, processes, pricing, customer profiles, methods of operations, and confidential or proprietary or that a reasonable party would understand to be confidential or proprietary, except with the following exceptions: (i) information that is or becomes generally available to the public; (ii) information that was in its possession or known by it before receipt from the other party; (iii) information that was rightfully disclosed to it without restriction by a third party; (iv) information that was independently developed without use of any confidential information of the other party; or (v) information required to be disclosed by law or governmental regulation.

**SECURITY MEASURES**

All ActiveProspect products are hosted at facilities that maintain security in accordance with industry security best practices, including SSAE 16 compliance. ActiveProspect products all utilize the industry standard security measures. TrustedForm Certificates will be encrypted in transit if a Hosting Page uses the HTTPS version of the TrustedForm Script. However, You acknowledge and agree that no security measure is perfect or impenetrable, and ActiveProspect will not be held liable for unauthorized access to our servers or databases. Therefore, ActiveProspect cannot and does not guarantee that Your Content and Data will not be accessed by unauthorized persons.

**WEBSITE PERFORMANCE**

The TrustedForm Script has been designed to load quickly and asynchronously so as to have no noticeable effect on Page load times. If You believe that the TrustedForm Script is having a negative effect on website performance, You should remove the TrustedForm Script and notify ActiveProspect immediately to allow ActiveProspect support staff to assist in troubleshooting the issue. ActiveProspect can make no warranties, express or implied, regarding website performance, as website performance is dependent on a number of factors beyond ActiveProspect's control.

**NO PUBLICITY**

Neither party may issue news releases or other public statements relating to this Agreement or the other party or the parties' relationship without the express, written authorization from the other party. Furthermore, neither party will disclose the specific terms of its relationship with the other party to any third party.

**REVISIONS TO THIS AGREEMENT**

ActiveProspect reserves the right to update and modify this Agreement from time to time. Any new features that augment or enhance the TrustedForm Service or the TrustedForm Script, including the release of new tools and resources, shall be subject to this Agreement, as modified. Your continued use of TrustedForm Service or the TrustedForm Script after any such revisions or modifications means You consent and agree to such changes. You agree to visit http://activeprospect.com/legal/trustedform-eula periodically to review the most current version of this Agreement.

**TERM AND TERMINATION**

The term (the "Term") of this Agreement, with any posted revisions, will commence as of the earlier of the date You click "I AGREE" (or similarly labeled button) or by using the TrustedForm Script, and will remain in effect as long as You continue to use the TrustedForm Script, and it will continue to apply until terminated by either You or ActiveProspect. ActiveProspect reserves the right to change, limit, terminate, modify, or temporarily or permanently cease providing the TrustedForm Script and the TrustedForm Service, with or without prior notice.

**NOTICES**

Notices required under this Agreement by You must be provided in writing to ActiveProspect at 4203 Guadalupe Street, Austin, TX 78751, Attention: President, or by email to support@activeprospect.com. Notice by ActiveProspect to You shall be deemed given when sent to the TrustedForm notification list available at http://trustedform.com/notify

**GOVERNING LAW, VENUE**

THE PARTIES AGREE THAT THE SUBSTANTIVE LAWS OF THE STATE OF TEXAS, EXCLUDING ITS CONFLICTS OF LAWS RULES, WILL BE APPLIED TO GOVERN, CONSTRUE AND ENFORCE ALL OF THE RIGHTS AND DUTIES OF THE PARTIES ARISING FROM OR RELATING IN ANY WAY TO THE SUBJECT MATTER OF THIS AGREEMENT. THE PARTIES CONSENT TO THE EXCLUSIVE

PERSONAL JURISDICTION OF AND VENUE IN THE STATE AND FEDERAL COURTS LOCATED IN TRAVIS COUNTY, TEXAS, AND WAIVE ANY OBJECTION TO SUCH JURISDICTION OR VENUE.

**REPRESENTATIONS AND WARRANTIES**

You represent and warrant that You will not use the TrustedForm Service or the TrustedForm Script in a manner that violates this Agreement. You must take reasonable precautions and procedures to prevent violation of this Agreement. Although ActiveProspect does not assume the duty or obligation to monitor any materials created, posted or uploaded by You or any third parties, ActiveProspect reserves the right, in its sole and absolute discretion, to monitor any and all materials posted or uploaded by You or any third parties at any time without prior notice to ensure that they conform to our usage guidelines and policies.

You represent and warrant: (i) that You are solely responsible for the development, operation, and maintenance of the Hosting Page and Your Data and Content; (ii) that You have the necessary rights and licenses, consents, permissions, waivers and releases to use Your Data and Content; (iii) that Your Data and Content does not (a) violate, misappropriate or infringe any rights of us or any third party, (b) constitute defamation, invasion of privacy or publicity, or otherwise violate any rights of any third party, or (c) is designed for use in any illegal activity or promote illegal activities, including without limitation use in a manner that might be libellous or defamatory or otherwise malicious, illegal or harmful to any person or entity; and (iv) that Your Hosting Page does not contain any virus, worm, trojan horse, logic bomb, wiretap, denial of service attack or other potential attack on us, any of our clients, or any facet of any of the TrustedForm Services.

You agree to abide by all applicable local, state, national, foreign and international laws and regulations and that You will be solely responsible for all acts or omissions that occur on Your Hosted Page, including but not limited to the content of Your transmissions through the TrustedForm Service.

**MUTUAL INDEMNIFICATION**

Indemnification by Us. We will defend You against any claim, demand, suit or proceeding made or brought against You by a third party alleging that the use of the TrustedForm Script in accordance with this Agreement infringes or misappropriates such third party's intellectual property rights (a "Claim Against You"), and will indemnify You from any damages, attorney fees and costs finally awarded against You as a result of, or for amounts paid by You under a court-approved settlement of, a Claim Against You, provided You (a) promptly give Us written notice of the Claim Against You, (b) give Us sole control of the defense and settlement of the Claim Against You (except that We may not settle any Claim Against You unless it unconditionally releases You of all liability), and (c) give Us all reasonable assistance, at Our expense. If We receive information about an infringement or misappropriation claim related to a Service, We may in Our discretion and at no cost to You (i) modify the TrustedForm Script so that it no longer infringes or misappropriates, (ii) obtain a license for Your continued use of the TrustedForm Script in accordance with this Agreement, or (iii) terminate Your license to the TrustedForm Script. The above defense and indemnification obligations do not apply to the extent a Claim Against You arises from Content, third-party services or software, or Your breach of this Agreement.

Indemnification by You. You will defend Us against any claim, demand, suit or proceeding made or brought against Us by a third party alleging that Your Content and Data, or Your use of the TrustedForm Script or Content and Data in breach of this Agreement, infringes or misappropriates such third party's intellectual property rights, or violates applicable law (a "Claim Against Us"), and will indemnify Us from any damages, attorney fees, and costs arising from or related to a Claim Against Us, provided We (a) promptly give You written notice of the Claim Against Us, (b) give You sole control of the defense and settlement of the Claim Against Us (except that You may not settle any Claim Against Us unless it unconditionally releases Us of all liability), and (c) give You all reasonable assistance, at Your expense.

Exclusive Remedy. This Section ("MUTUAL INDEMNIFICATION") states the indemnifying party's sole liability to, and the indemnified party's exclusive remedy against, the other party for any type of claim described in this Section.

5

619841.v5

**DISCLAIMERS; LIMITATION OF LIABILITY**

While the TrustedForm Service is designed to independently verify the origin of Leads through the use of the TrustedForm Script and capture what was viewed by the site visitor on a Hosting Page, ActiveProspect does not control what information is requested from a site visitor on Your Hosting Page. Accordingly, ActiveProspect specifically disclaims any liability with respect to the information collected on Your Hosting Page or such information's compliance or non-compliance with applicable laws and regulations, including the Telephone Consumer Protection Act or any rule or regulation implemented thereunder by the Federal Trade Commission, Federal Communication Commission or other regulatory body. The TrustedForm Service does not provide legal advice, and any questions relating to the sufficiency of the TrustedForm Certificate as a record of consent should be addressed to an attorney with expertise in this area of law.

YOU ACKNOWLEDGE AND AGREE THAT THE TRUSTEDFORM SERVICE AND THE TRUSTEDFORM SCRIPT ARE PROVIDED ON AN "AS IS" OR "AS AVAILABLE" BASIS, WITH ALL FAULTS. EXCEPT AS OTHERWISE SPECIFICALLY SET FORTH IN THIS AGREEMENT, ACTIVEPROSPECT (AND ITS OFFICERS, EMPLOYEES, PARENT, SUBSIDIARIES, AND AFFILIATES) (COLLECTIVELY THE "ACTIVEPROSPECT PARTIES"), ITS THIRD PARTY LICENSORS, PROVIDERS AND SUPPLIERS, DISCLAIM ANY AND ALL WARRANTIES AND CONDITIONS FOR THE TRUSTEDFORM SERVICE AND THE TRUSTEDFORM SCRIPT, WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO MORAL RIGHTS, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, NON-INFRINGEMENT, NON-INTERFERENCE, TITLE, COMPATIBILITY OF COMPUTER SYSTEMS, COMPATIBILITY OF SOFTWARE PROGRAMS, INTEGRATION, AND THOSE ARISING FROM COURSE OF DEALING, COURSE OF TRADE, OR ARISING UNDER STATUTE. NO ADVICE OR INFORMATION GIVEN BY ACTIVEPROSPECT OR ITS REPRESENTATIVES SHALL CREATE A WARRANTY WITH RESPECT TO ADVICE OR INFORMATION PROVIDED.

ACTIVEPROSPECT DOES NOT WARRANT OR GUARANTEE THAT THE TRUSTEDFORM SERVICE OR TRUSTEDFORM SCRIPT CAN BE PROVIDED TO YOU OR THAT IT CAN BE ACCESSED AT YOUR LOCATION. THE AVAILABILITY OF THE TRUSTEDFORM SERVICE AND THE TRUSTEDFORM SERVICE IS SUBJECT TO INTERNET AVAILABILITY AND YOUR COMPUTER/DEVICE CONFIGURATION AND CAPABILITIES, AMONG OTHER FACTORS. THE TRUSTEDFORM SCRIPT RELIES ON JAVASCRIPT BEING ENABLED IN THE BROWSER OF THE USER VISITING THE HOSTING PAGE. THIS, AMONG OTHER FACTORS, MAY PREVENT A TRUSTEDFORM CERTIFICATE BEING ISSUED FOR EVERY LEAD.

ACTIVEPROSPECT DOES NOT WARRANT THAT THE TRUSTEDFORM SERVICE WILL BE UNINTERRUPTED, ERROR-FREE, SECURE, OR FREE OF VIRUSES, WORMS, DISABLING CODE OR CONDITIONS, OR THE LIKE. ACTIVEPROSPECT SHALL NOT BE LIABLE FOR LOSS OF YOUR DATA AND CONTENT, OR IF CHANGES IN OPERATION, PROCEDURES, OR SERVICES REQUIRE MODIFICATION OR ALTERATION OF YOUR EQUIPMENT, RENDER THE SAME OBSOLETE OR OTHERWISE AFFECT ITS PERFORMANCE.

EXCEPT WHERE PROHIBITED BY LAW, IN NO EVENT SHALL THE PARTIES BE LIABLE FOR ANY INDIRECT, PUNITIVE, SPECIAL, CONSEQUENTIAL OR INCIDENTAL DAMAGES, INCLUDING WITHOUT LIMITATION, LOST PROFITS OR LOSS OF REVENUE, LOSS OF PROGRAMS OR INFORMATION OR DAMAGE TO DATA ARISING OUT OF THE USE, PARTIAL USE OR INABILITY TO USE THE TRUSTEDFORM SERVICE, THE TRUSTEDFORM SCRIPT, OR YOUR DATA AND CONTENT, OR RELIANCE ON OR PERFORMANCE OF THE TRUSTEDFORM SERVICE, THE TRUSTEDFORM SCRIPT, OR YOUR DATA AND CONTENT, REGARDLESS OF THE TYPE OF CLAIM OR THE NATURE OF THE CAUSE OF ACTION, INCLUDING WITHOUT LIMITATION, THOSE ARISING UNDER CONTRACT, TORT, NEGLIGENCE OR STRICT LIABILITY, EVEN IF THE PARTIES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH CLAIM OR DAMAGES. IN NO EVENT WILL ACTIVEPROSPECT'S LIABILITY TO YOU FOR ANY AND ALL CLAIMS, LOSSES OR DAMAGES ARISING OUT OF OR RELATING TO, IN WHOLE OR IN PART, THIS AGREEMENT, OR ANY

SERVICES PROVIDED UNDER THIS AGREEMENT OR OTHERWISE, WHETHER IN CONTRACT, TORT OR OTHERWISE, EXCEED $1,000.00 USD.

**GENERAL PROVISIONS**

All obligations of the parties under this Agreement, which, by their nature, would continue beyond the termination of this Agreement, including without limitation, those relating to the parties' representations and warranties, indemnification and limitation of liability, shall survive such termination.

Neither party will be liable for delays, damages or failures in performance due to causes beyond its reasonable control, including, but not limited to, acts of a governmental body, acts of God, acts of third parties, fires, floods, strikes, work slow-downs or other labor-related activity, or an inability to obtain necessary equipment or services.

You may not assign or otherwise transfer this Agreement, or Your rights or obligations under it, in whole or in part, to any other person.  Any attempt to do so shall be void.  ActiveProspect may freely assign all or any part of this Agreement with or without notice.

ActiveProspect's failure at any time to insist upon strict compliance with any of the provisions of this Agreement shall not be construed to be a waiver of such terms in the future.  If any provision of this Agreement is determined to be invalid, illegal or unenforceable, the remaining provisions of this Agreement shall remain in full force and effect and the unenforceable portion shall be construed as nearly as possible to reflect the original intentions of the parties.

Last update:  08/03/2015

619841.v5

**Schedule 1**

**TrustedForm Certificate Data**

*Information collected and displayed with a TrustedForm Certificate:*

- URL of Page: This is what the site visitor sees in the browser address bar. If the Hosting Page is within an Iframe, the URL of the Page will be determined using the Hosting Page's referrer. If the Form is not framed, the referrer will not be captured. This is done to avoid capturing the actual Page referrer that may contain proprietary information that You would not want to disclose to another party. The Page URL will be truncated on the TrustedForm Certificate to hide the query string.

- Framed URL: The URL of the Hosting Page in the event that is within an Iframe.

- HTTP headers from the visitor's browser: User-Agent

- Date and time that the TrustedForm Script was loaded at the Hosting Page where the visitor submitted his/her information as a lead, as well as the date and time of the various visitor interactions with the Hosting Page.

- IP address of the visitor's computer

- Page Snapshot: The full HTML of the Page as seen by the visitor at the time the TrustedForm Script loaded on the Page.

- Form Inputs. All Lead data input by the visitor on the Hosting Page. Any Sensitive Data must be flagged by You per our instructions available at https://support.activeprospect.com. Data collected from flagged Sensitive Data fields will be subjected to a cryptographic hash function which makes it infeasible for anyone, including us, to store, retrieve, reverse-engineer, or utilize the data that was submitted by the user in that flagged data field.

- Mouse Clicks. All mouse clicks made by the visitor on the Hosting Page.

- Mouse Movements. All mouse movements made by the visitor on the Hosting Page.

*Information that is collected, but not displayed with, a TrustedForm Certificate:*

- Sensitive Data fields. Data from Sensitive Data fields will subjected to a cryptographic hash function which makes it infeasible for anyone, including ActiveProspect, to store, retrieve, reverse-engineer, or utilize the data that was submitted by the user in that flagged data field. This data will be displayed using asterisks

- A unique hash that represents the Lead associated with a TrustedForm Certificate.

- Browser profile information to assist in identifying fraudulent activity. All HTTP headers are collected but only User-Agent is displayed.

*Information that may be unintentionally collected by the TrustedForm Script:*

- Query String Data: When capturing the Page URL where the Lead was collected, it is possible that additional data is captured as additional parameters appended to the Page URL. The data that is appended to the Page URL is completely at Your discretion. TrustedForm captures the complete URL including any data that has been appended to the URL. This data may include

8

619841.v5

information such as Lead data (firstname=steve) or traffic data (search_engine=google.com&keyword=diapers). Since this data could include Your Confidential Information that should not be shared, ActiveProspect truncates the URL of the Page when displayed on a TrustedForm Certificate so that any information following the "?" is hidden.

- Sensitive Data: You are prohibited from collecting Sensitive Data through a Form without properly flagging Sensitive Data fields on Your Form as per our instructions available at https://support.activeprospect.com.

- Cookies: TrustedForm does not collect third party cookies from Your websites or access any cookies outside of our domain. In the event the TrustedForm Service inadvertently captures cookie data from Your website, such data will not be utilized for any purpose.