**KELLEY DRYE & WARREN LLP**
Kimberly C. Carter (State Bar No. 221283)
Tahir L. Boykins (State Bar No. 323441)
1800 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
kcarter@kelleydrye.com
tboykins@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
Lauri A. Mazzuchetti (*Pro Hac Vice Pending*)
One Jefferson Road
Parsippany, NJ 07054
Telephone: (973) 503-5917
Facsimile: (973) 503-5950
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant ActiveProspect, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVEPROSPECT, INC.<br><br>Defendant. | Case No.  5:20-cv-01351-JGB-KK<br><br>[Assigned to Hon. Jesus G. Bernal] |

## **DECLARATION OF STEVEN M. RAFFERTY**

I, Steven M. Rafferty, declare:

1. My name is Steven M. Rafferty.  I am the Founder and Chief Executive Officer of ActiveProspect, Inc.

2. I am over the age of majority, and am competent to testify to the facts

contained herein. The contents of this declaration are based on my personal knowledge or facts as to which I am reliably informed and believe to be true. If called as a witness in this action, I could and would testify competently to the facts stated herein.

3. In my current role, I am familiar with ActiveProspect's TrustedForm software, which helps companies eliminate fraudulent customer leads and comply with the TCPA. ActiveProspect has been in business since 2004 and its TrustedForm product has been in use since 2010. The TrustedForm software is patented and used on thousands of websites.

4. ActiveProspect developed the TrustedForm software for use on websites that offer an online form for consumers (website visitors) to request to be contacted.

5. The TrustedForm software enables users (website owners/operators) to validate customer leads that are developed through these websites as legitimate (rather than fraudulent), and to assist businesses in complying with the TCPA and other consumer protection statutes by documenting prior express written consent provided by website visitors.

6. By using TrustedForm, lead buyers ensure that online customer inquiries are legitimate expressions of consumer interest, and that the consumer consented to receive a text or call regarding the applicable product or service. TrustedForm thus prevents fraudulent lead sellers from distributing phony sales leads and helps prevent consumers from receiving unwanted and illegal texts or calls.

7. To use the software, a website owner/operator embeds a proprietary TrustedForm JavaScript on its website. The TrustedForm JavaScript is available, without charge, for website owner/operators to access and install on their websites with or without an ActiveProspect account.

8. When a person (the website visitor) visits a website on which the TrustedForm script is embedded, the script runs and issues a certificate of authenticity demonstrating when and where the website visitor completed the web form, as well

as what the website visitor saw when visiting the webpage. This is important because, when claims arise, there are often questions about what a website visitor actually saw, and whether a web form prominently displayed legal disclosures and consent language when the website visitor competed a form requesting information.

9. The TrustedForm software also documents a website visitor's key strokes and mouse movements showing whether and how they completed a web form, and can also create a visual reproduction (often referred to as a "video replay") of a website visitor's interaction with a webpage.

10. The website owner/operator has the ability to flag any sensitive fields on its web form, which results in the TrustedForm software applying a cryptographic hash to the flagged fields (rather than recording the website visitor's actual entries). When a TrustedForm video replay is viewed, the data in the flagged field is displayed only as a series of asterisks.

11. TrustedForm does not and cannot intercept communications in transit. Rather, it is a tool that website owners/operators can deploy when and where they choose. Most, if not all, websites rely on such third-party services to operate (*e.g.,* website hosting, web analytics, social media plug-ins). Website owners/operators – not ActiveProspect – decide when, where, and how to use the TrustedForm tool, where specifically to install the TrustedForm JavaScript, what information to capture using the tool, and what notices and disclosures to provide to consumers.

12. As is typical with the use of third-party tools that support a website's operation, a website owner/operator's use of TrustedForm is governed by a license agreement – in this case, ActiveProspect's TrustedForm End User License Agreement ("EULA"). Attached hereto as Exhibit A is a true and correct copy of ActiveProspect's EULA that was in effect during October 2018.

13. Under the EULA, the website owner/operator – and not ActiveProspect – owns the information and/or data collected on the website. ActiveProspect is prohibited from sharing a website owner/operator's information and/or data with third

parties, or from using, marketing, or otherwise distributing such information and/or data. ActiveProspect strictly honors these obligations.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Executed on this 5th day of October 2020 in Austin, Texas.

_____
Steven M. Rafferty