John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ryan D. Ball (State Bar No. 321772)
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
LMB Mortgage Services, Inc.
d/b/a LowerMyBills.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVEPROSPECT, INC.; LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBLLS.COM,<br><br>Defendants. | Case No. 5:20-cv-1351-JGB-KK<br>Hon. Jesus G. Bernal<br><br>**DEFENDANT LMB MORTGAGE SERVICES, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>[Memorandum of Law, Declaration of John A. Vogt, Declaration of Mitchell Viner, Declaration of Larry Smith, and [Proposed] Order Filed Concurrently Herewith]<br><br>Hearing: February 8, 2021<br>Time: 9:00 a.m.<br>Location: Courtroom 1 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 8, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1 of the above-entitled Court, located at 3470 Twelfth Street, Riverside, CA 92501-3801, before the Honorable Jesus G Bernal, Defendant LMB Mortgage Services, Inc., d/b/a LowerMyBills.com will, and hereby does, move the Court for an order compelling this matter to arbitration on an individual basis and staying the case until the arbitration is concluded.

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of John A. Vogt, the accompanying Declaration of Mitchell Viner, the accompanying Declaration of Larry Smith, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

This Motion is made following the conference of counsel, which took place on December 28, 2020.

Dated:  January 6, 2021                    JONES DAY

                                           By: */s/ John A. Vogt*
                                           John A. Vogt

                                           Attorneys for Defendant
                                           LMB MORTGAGE SERVICES, INC.,
                                           D/B/A LOWERMYBILLS.COM