1  John A. Vogt (State Bar No. 198677)
   javogt@jonesday.com
2  Ryan D. Ball (State Bar No. 321772)
   rball@jonesday.com
3  JONES DAY
   3161 Michelson Drive
4  Suite 800
   Irvine, CA 92612.4408
5  Telephone: +1.949.851.3939
   Facsimile: +1.949.553.7539
6

7  Attorneys for Defendant
   LMB Mortgage Services, Inc.
8  d/b/a LowerMyBills.com

9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13

14  AMANDA HILL, Individually and On        Case No. 5:20-cv-1351-JGB-KK
    Behalf of All Others Similarly
15  Situated,                                Hon. Jesus G. Bernal

16              Plaintiff,                    **DECLARATION OF LARRY
                                              SMITH IN SUPPORT OF
17         v.                                 DEFENDANT LMB
                                              MORTGAGE SERVICES, INC.,
18  ACTIVEPROSPECT, INC.; LMB                 d/b/a LOWERMYBILLS.COM
    MORTGAGE SERVICES, INC., d/b/a            MOTION TO COMPEL
19  LOWERMYBLLS.COM,                          ARBITRATION**

20              Defendants.

21

22

23

24

25

26

27

28

## DECLARATION OF LARRY SMITH

I, Larry Smith, declare and state:

1.      I am the Chief Technology Officer of Suited Connector, LLC ("Suited Connector").  I submit this declaration in support of Defendant LMB Mortgage Services Inc. d/b/a LowerMyBills.com's Motion to Compel Arbitration. The contents of this declaration are based on my personal knowledge or facts as to which I am reliably informed and believe to be true.  If called as a witness in this action, I could and would testify competently to the facts stated herein.

2.      The website lmb.YourVASurvey.info is owned and operated by Suited Connector.  Suited Connector creates and maintains the website and its contents, including the user experience.

3.      The website lmb.YourVASurvey.info is a mortgage refinancing referral service; consumers voluntarily enter their mortgage and personal information so they can be connected with lenders.  When a consumer visits lmb.YourVASurvey.info, they are asked to enter information such as their name, the address of the property they would like to refinance, the estimated home value, current interest rate on their mortgage, level of debt, as well as contact information including their phone number and email address.  The consumer inputs this information over the course of a series of webpages.  Attached as **Exhibit 1** is a series of screenshots showing how those webpages would have appeared to a user in October 2018.

4.      LMB is one of many clients who contract with Suited Connector to receive referrals to interested consumers.  The website lmb.YourVASurvey.info, although it includes "lmb." in the url address, is not owned or operated by LMB. The "lmb." is included as part of Suited Connector's internal naming practices, and it indicates that this particular website will, if the user consents and meets the necessary criteria, generate a referral to LMB, as opposed to one of Suited Connector's other clients.

5.      When a consumer has entered all the relevant information on lmb.YourVASurvey.info, they are given the option to click a button that says "See my results!"  Directly below this button on the same webpage are a number of terms and a statement that the user consents to those terms by clicking the button. Those terms are provided to Suited Connector by LMB. LMB contractually requires Suited Connector to include them as a condition of the consumer's consent.

6.      The terms include, among other things, LMB's "Terms of Use," which are hyperlinked and identified in blue font.  Clicking on the "Terms of Use" hyperlink would present the full text of the agreement to the consumer.  Attached as **Exhibit 2** is the full "Terms of Use" as it appeared in October 2018.

7.      If—and only if—a user clicks the "See my results!" button, Suited Connector's software sends the consumer's information to LMB (assuming the information otherwise meets the criteria for sending).  Suited Connector does not collect any information unless and until the consumer clicks the "See my results!" button.  At all relevant times, the design and functionality of Suited Connector's software makes it impossible for the software to send information to LMB unless the consumer has clicked the "See my results!" button.

8.      I have reviewed the First Amended Complaint in this case, and I note that Plaintiff Amanda Hill alleges that she visited lmb.YourVASurvey.com in October 2018 and entered her information.  Hill asserts, however, that she did not press the "See my results!" button after doing so.

9.      Hill's assertion that she did not click the "See my results!" button is technologically impossible.  As noted above, Suited Connector's software does not collect, much less send, any of the consumer's information, unless and until the consumer clicks the "See my results!" button.

10.     Attached as **Exhibit 3** are records, kept in the ordinary course of business, showing that on October 10, 2018, Suited Connector's software collected information from Hill, including her phone number and email address.  There is no

1  way Suited Connector could have collected this information but for Hill voluntarily
2  submitting it via the "See my results!" button.

3         11.    Similarly false is Hill's assertion that "Spyware" or a similar technology
4  was used to "extract, collect, and analyze" information without her clicking the "See
5  my results!" button.  Suited Connector collects and sends a consumer's information
6  *only* if the consumer clicks the "See my results!" button.

7         I declare, under penalty of perjury, under the laws of the United States of
8  America, that the foregoing is true and correct.   Dated this 14th day of December,
9  2020, in Denver, Colorado.

10
11                                                          *Larry Smith*
12                                                       Larry Smith
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF LARRY SMITH ISO
MOTION TO COMPEL ARBITRATION
Case No. 5:20-cv-1351-JGB-KK