# EXHIBIT 1

Exhibit 1 - Page 5



Exhibit 1 - Page 6





Exhibit 1 - Page 8



Exhibit 1 - Page 9



Exhibit 1 - Page 10





Exhibit 1 - Page 12





Exhibit 1 - Page 14



Exhibit 1 - Page 15



Exhibit 1 - Page 16



Exhibit 1 - Page 17



Exhibit 1 - Page 18



Exhibit 1 - Page 19



Exhibit 1 - Page 20