John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ryan D. Ball (State Bar No. 321772)
rball@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone: +1.949.851.3939
Facsimile:  +1.949.553.7539

Attorneys for Defendant
LMB Mortgage Services, Inc.
d/b/a LowerMyBills.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVEPROSPECT, INC.; LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBLLS.COM,<br><br>Defendants. | Case No. 5:20-cv-1351-JGB-KK<br><br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF MITCHELL VINER IN SUPPORT OF DEFENDANT LMB MORTGAGE SERVICES, INC., d/b/a LOWERMYBILLS.COM MOTION TO COMPEL ARBITRATION** |

## DECLARATION OF MITCHELL VINER

I, Mitchell Viner, declare and state:

1.      I am General Counsel of LMB OpCo, LLC, which is the sole parent company to LMB Mortgage Services, Inc. d/b/a LowerMyBills.com (LMB).  I have held this position since October 22, 2012.  I make this Declaration in support of LMB's Motion to Compel Arbitration.  The facts set forth in this Declaration are of my own personal knowledge, and if called as a witness, I could and would testify competently as to their truth.

2.      LMB operates a free online referral service, LowerMyBills.com, for consumers seeking financial services information.  Among other types of referral services, LMB refers consumers seeking home loan refinancing to providers of such services.

3.      LMB also contracts with third party marketing companies to generate "leads" for LMB's services.  One of these third party marketing companies is Suited Connector, which owns and operates the website lmb.YourVASurvey.info.

4.      Pursuant to its contract with LMB, Suited Connector generates leads for LMB through Suited Connector's website, lmb.YourVASurvey.info.

5.      Suited Connector generates these leads by providing consumers the opportunity to enter their relevant personal and financial information into a series of web pages, so that the consumer can  be referred to appropriate financial service providers.  When a consumer visits lmb.YourVASurvey.info, the consumer enters various items of information about themselves, including their property address, phone number, email address, estimated home value, current interest rate, and level of debt.  After a consumer has entered the appropriate information, Suited Connector presents the consumer with a webpage that allows the consumer to submit their information and obtain mortgage referral services by clicking a button labeled "See my results!"

6.     LMB contractually requires Suited Connector to include a number of contractual terms and a statement of consent next to the "See my results" button. That language is on the same web page as the "See my results!" button, located directly beneath it and hyperlinked to the full text of the terms.  A true and accurate representation of that webpage as of October 2018 is attached as the last page of Exhibit 1 to the accompanying Declaration of Larry Smith.

7.     Among the terms to which a user consents when she clicks the "See my results!" button are LMB's "Terms of Use," hyperlinked in blue font.  A true and accurate copy of LMB's Terms of Use, as of October 2018, is attached as **Exhibit 1**.

8.     LMB's Terms of Use have a mandatory arbitration clause, requiring all disputes with LMB or its parents, affiliates, subsidiaries or related companies to be resolved through binding arbitration on an individual (rather than class-wide) basis.

9.     I have reviewed the First Amended Complaint in this case that Plaintiff Amanda Hill has filed against LMB.  In her First Amended Complaint, Plaintiff admits to entering her information on lmb.YourVASurvey.info, but she asserts that she did not click the "See my results!" button.

10.     As General Counsel, I am familiar with LMB's operational relationship with third party providers, including Suited Connector.  Suited Connector does not send LMB any information regarding any leads unless the user clicks the "See my results!" button.  LMB would not accept any such information, or compensate Suited Connector for that information, unless the user clicked the "See my results!" button, thus consenting to LMB's terms.

11.     I have reviewed LMB company records relating to Amanda Hill.  These records show that LMB received contact information, including an email address and phone number, for a user named "Hill" on October 10, 2018, through submissions made on the website lmb.YourVASurvey.Info. The only way LMB would have obtained this information from Suited Connector is if Hill (or someone acting or purporting to act on her behalf) entered that information on the website and submitted

1  it by clicking the "See my results!" button on the website.

2       12.    Attached as **Exhibit 2** is an LMB document, maintained in the normal

3  course of business, identifying lead information for "Hill," including information

4  obtained from October 10, 2018.  The records include Hill's correct phone and email

5  address, which LMB would have had no way of knowing if not for her visiting

6  lmb.YourVASurvey.info or some other website that LMB contracts with or directly

7  operates.

8       13.    In her First Amended Complaint, Plaintiff speculates that LMB uses

9  "Spyware" to "extract, collect, and analyze" inputted information even without a user

10  clicking the "See my results!" button.  Plaintiff's allegations are false.  In my role as

11  General Counsel, I am familiar with LMB's policies and procedures for interacting

12  with consumers.  LMB does not now use—nor has it ever used—"Spyware" or any

13  other method described in Plaintiff's First Amended Complaint to "extract" contact

14  information from consumers.  The consumer data that LMB collects and maintains

15  comes to LMB in one way, and one way only:  By a consumer voluntarily entering

16  their personal information into either LMB's website or the website of a third party

17  operator like Suited Connector, and then clicking a button manifesting assent to

18  LMB's terms.

19       14.    The data that LMB has regarding Hill was obtained from Suited

20  Connector after Hill voluntarily entered her information and submitted it.

21       I declare, under penalty of perjury, under the laws of the United States of

22  America, that the foregoing is true and correct.   Dated this 30th day of December,

23  2020 in Playa Vista, California.

24

25

26  _____

27  Mitchell Viner

28