# EXHIBIT 2

Exhibit 2 - Page 13

# Basic Consumer Information

- Date: 10/10/2018
- Time: 10:21:49 PM PST
- Traffic Type: Affiliate Display
- Device Type: Mobile
- Phone: 951-813-9785
- Email: pandahill51@gmail.com
- Address: 35312 FREDERICK ST, WILDOMAR, CA 92595
- IP Address: 47.156.26.156
- LeadID: F3FF3E56-DECF-B906-0587-19AB7E187891



**LowerMyBills.com**
A Core Digital Media Company

Exhibit 2 - Page 14