**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N Mall Drive, Suite R108
St. George, Utah 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMANDA HILL, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ACTIVEPROSPECT, INC.; LMB MORTGAGE SERVICES, INC, d/b/a LOWERMYBILLS.COM,**<br><br>**Defendants.** | **Case No.: 5:20-cv-01351-JGB-KK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION, WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I)** |

1

Plaintiff Amanda Hill hereby voluntarily dismisses this action, in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: December 8, 2022

**KAZEROUNI LAW GROUP, APC**

By: /s Jason A. Ibey
    Jason A. Ibey
    jason@kazlg.com
    *Attorney for Plaintiff*

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Pamela E. Prescott, Esq. (328243)
pamela@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: 800-400-6808
Facsimile: 800-520-5523

**HEDIN HALL LLP**
Frank S. Hedin, Esq. (SBN: 291289)
fhedin@hedinhall.com
David W. Hall, Esq. (SBN: 274921)
Four Embarcadero Center, Suite 1400
San Francisco, CA 94104
Telephone: (415) 766-3534
Facsimile: (414) 402-0058
*Attorneys for Plaintiff*

2

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
CASE NO. 5:20-CV-01351-JGB-KK